United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 21-18412-RAM |
| Idella Gore | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: lebronl | Page 1 of 3 |
| Date Rcvd: Dec 22, 2021 | Form ID: CGFD26 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Idella Gore, 2001 NW 183RD ST, Opa Locka, FL 33056-3725 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 5703, Clearwater, FL 33758-5703 |
| md | + | Tony Roca, The Roca Law Firm, P.A., 6303 Blue Lagoon Drive, Suite 400, Miami, FL 33126-6040 |
| 96320103 | + | Child Support Enforcemment, PO Box 8030, Tallahassee, FL 32314-8030 |
| 96320109 | + | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 96320110 | + | Experian, Po Box 2002, Allen, TX 75013-2002 |
| 96320111 | + | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 96320113 | + | Home Financing Center, 5200 Blue Lagoon D, Miami, FL 33126-7006 |
| 96401226 | + | MEB Loan Trust VI, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 96320116 | + | McCalla Raymer Leibert Pierce, LLC, 225 E Robinson Street, Ste 155, Orlando, FL 32801-4326 |
| 96320121 | + | Select Loan Servicing, 8742 Lucent Blvd, Littleton, CO 80129-2302 |
| 96320126 | + | Transunion, Po Box 1000, Chester, PA 19016-1000 |
| 96320127 | | US Bank/RMS, Attn Credit Reporting, Bloomington, IL 61702 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Dec 22 2021 22:13:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2021 22:25:34 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96320102 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 22 2021 22:14:00 | Checksystems, 7805 Hudson Rd, Saint Paul, MN 55125-1703 |
| 96320105 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2021 22:13:00 | Comenity Bank/Roaman's, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 96320104 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2021 22:13:00 | Comenity Bank/Roaman's, Po Box 182789, Columbus, OH 43218-2789 |
| 96320107 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2021 22:13:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 96320106 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2021 22:13:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 96363159 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2021 22:25:35 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 96320112 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Dec 22 2021 22:13:00 | Florida Department Of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0100 |
| 96320108 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2021 22:13:00 | Department of the Treasury, Po Box 21126, Philadelphia, PA 19114 |
| 96320099 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2021 22:25:53 | Chase Card Services, Attn: Bankruptcy, Po Box |

| District/off: 113C-1 | User: lebronl | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2021 | Form ID: CGFD26 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 96320096 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2021 22:25:44 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 96320115 | + | Email/Text: Documentfiling@lciinc.com | Dec 22 2021 22:13:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2807 |
| 96320118 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 22 2021 22:13:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 96320117 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 22 2021 22:13:00 | Mercury/FBT, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 96320119 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2021 22:25:34 | Ollo Card Services, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 96320120 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2021 22:25:35 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 96395355 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2021 22:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 96320123 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2021 22:14:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 96320122 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2021 22:14:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 96320125 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2021 22:25:34 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 96320124 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2021 22:25:34 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 96350364 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2021 22:14:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96320114 | *+ | IRS Centralized Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96320097 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 96320098 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 96320100 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 96320101 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 113C-1 | User: lebronl | Page 3 of 3 |
| Date Rcvd: Dec 22, 2021 | Form ID: CGFD26 | Total Noticed: 36 |
| Date: Dec 24, 2021 | Signature:    /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin N Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Timothy S Kingcade, Esq | on behalf of Debtor Idella Gore scanner@miamibankruptcy.com kingcadeserve@bellsouth.net;r46540@notify.bestcase.com |

TOTAL: 4

**CGFD26** (3/22/21)



ORDERED in the Southern District of Florida on December 22, 2021

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 21−18412−RAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Idella Gore
aka Idella Middleton, aka Idella M. Gore
2001 NW 183RD ST
Opa Locka, FL 33056

SSN: xxx−xx−1569

## ORDER CONFIRMING CHAPTER 13 PLAN

     This cause came before the court on 12/14/2021 for confirmation of the debtor's proposed First Amended chapter 13 plan pursuant to Local Rule 3015−3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

_____

[1] All references to "Debtor" shall include and refer to both Debtors in a case filed jointly by two individuals.

*Page 1 of 3*

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following August 31, 2021, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, the Plan provides for surrender of the property secured by the secured creditor's claim or the Plan provides for direct payment of the secured creditor's claim outside of the Plan, such creditor is granted in rem stay relief as to the debtor and in rem stay relief from the co-debtor stay to pursue available state court remedies against any property of the debtor that secures the creditor's claim. The filing of a Motion to Modify a Plan does not operate as a stay of any action against property of the debtor which is not subject to the automatic stay absent further order of the court.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

    A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

    B. The Tax Collector shall be served with any order entered post-confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070-1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45-day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non-compliance and the case will be dismissed without further notice or hearing. The court will not extend these deadlines absent extraordinary circumstances.

*Page 2 of 3*

8. To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extent of the value as provided for in the Plan and unsecured as to the balance of the claim.

9. Nonstandard provisions must be set forth in Paragraph VIII of the Plan being confirmed. Nonstandard provisions set forth elsewhere in the Plan are void.

The clerk shall serve a copy of this order on all parties of record.

### #

*Page 3 of 3*